IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS M. HODCZAK; JAMES M. CROSSMAN; THOMAS J. MAGDIC; JOSEPH A. LITVIK, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 08-649 |
| LATROBE SPECIALTY STEEL COMPANY, | ) ) ) | Judge Terrence F. McVerry<br>Magistrate Judge Amy Reynolds Hay |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this 31st day of March, 2009, after the plaintiffs, Douglas M. Hodczak, James M. Crossman, Thomas J. Magdic and Joseph A. Litvik, filed the above-captioned case on behalf of themselves and others similarly situated, and after defendant, Latrobe Specialty Steel Company, filed a Motion for Summary Judgment on All of Plaintiff Hodczak's Claims, and after Plaintiffs filed a Motion Pursuant to Rule 56(f) to Deny or Continue Defendant's Motion for Summary Judgment on All of Plaintiff Hodczak's Claims, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 9, 2009, to file written objections thereto, and no objections having been filed with respect to these motions, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY **ORDERED** that plaintiffs' motion to deny summary judgment pursuant to Fed. R. Civ. P. 56(f) on all of plaintiff Hodczak's claims [Dkt. 41] is **GRANTED**,

and that defendant's motion for summary judgment on all of plaintiff Hodczak's claims [Dkt. 19] is, in fact, **DENIED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


 s/Terrence F. McVerry
United States District Judge


cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by electronic filing