IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS M. HODCZAK; JAMES M. CROSSMAN; THOMAS J. MAGDIC; JOSEPH A. LITVIK, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>LATROBE SPECIALTY STEEL COMPANY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br>Civil Action No. 08-649<br><br>Judge Terrence F. McVerry<br>Magistrate Judge Amy Reynolds Hay |

## A M E N D E D   O R D E R

AND NOW, this 23rd day of April, 2009, after the plaintiffs, Douglas M. Hodczak, James M. Crossman, Thomas J. Magdic and Joseph A. Litvik, filed the above-captioned case on behalf of themselves and others similarly situated, and after defendant, Latrobe Specialty Steel Company, filed a Motion for Summary Judgment on All of Plaintiff Hodczak's Claims, and after Plaintiffs filed a Motion Pursuant to Rule 56(f) to Deny or Continue Defendant's Motion for Summary Judgment on All of Plaintiff Hodczak's Claims, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 9, 2009, to file written objections thereto, and no objections having been filed with respect to these motions, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

**IT IS HEREBY ORDERED** that plaintiffs' motion to deny summary judgment pursuant to Fed. R. Civ. P. 56(f) on all of plaintiff Hodczak's claims [Dkt. 41] is **GRANTED**,

and that defendant's motion for summary judgment on all of plaintiff Hodczak's claims [Dkt. 19] is, in fact, **DENIED**.

                                        / s/ Terrence F. McVerry
                                        TERRENCE F. MCVERRY
                                        United States District Judge

cc:      Honorable Amy Reynolds Hay
           United States Magistrate Judge

           All Counsel of Record by electronic filing